## Ex parte BREWER.

No. 22125.   March 12, 1935.

W. L. Ratliff, for petitioner.

PER CURIAM. This application was filed under date of February 28, 1931. It appears upon the face of the application that the petitioner is illegally restrained by the sheriff of Seminole county. There is no response or brief offered in contest to the application.

The writ is granted and the sheriff of Seminole county is hereby directed to release the petitioner if still in custody.